UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MAYRA GUADALUPE GALVAN,<br><br>                    Defendant. | CASE NO.  5:21-MJ-00011-JLT<br><br>ORDER DISMISSING CRIMINAL COMPLAINT AND ARREST WARRANT |

For good cause shown, IT IS HEREBY ORDERED THAT:

The motion of the United States of America filed pursuant to Rule 48(a), Fed. Rule Crim P., seeking leave of Court to dismiss the criminal complaint and arrest warrant in this case against defendant Mayra Guadalupe Galvan is GRANTED.

The criminal complaint and arrest warrant against defendant is dismissed and the defendant is ordered released from custody forthwith.

IT IS SO ORDERED.

Dated:   **March 27, 2021**

UNITED STATES MAGISTRATE JUDGE